# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00367-CV

**Standard Pacific of Texas, Inc.; CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.; and Lennar Corporation, Appellants**

**v.**

**Aaron Thomison Masonry, Inc., Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-002945, THE HONORABLE JAMES E. MORGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant the parties' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Joint Motion

Filed: March 6, 2025